B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KNIGHT, PETER A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3486** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9545 CORDOBA BLVD.**<br>**SPARKS, NV**<br>ZIP Code **89441** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**WASHOE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **KNIGHT, PETER A** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ KERRY KOLVET**                         **March 21, 2012** <br> Signature of Attorney for Debtor(s)                        (Date) <br> **KERRY KOLVET 9548** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br><br> _____ <br> (Address of landlord) <br><br> ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11) Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**KNIGHT, PETER A**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ PETER A KNIGHT**
Signature of Debtor **PETER A KNIGHT**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 21, 2012**
Date

#### Signature of Attorney*

X **/s/ KERRY KOLVET**
Signature of Attorney for Debtor(s)

**KERRY KOLVET 9548**
Printed Name of Attorney for Debtor(s)

**DRINKWATER LAW OFFICES**
Firm Name

**5421 KIETZKE LANE**
**SUITE 100**
**RENO, NV 89511**
Address

**775-828-0800 Fax: 775-828-0858**
Telephone Number

**March 21, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Nevada

In re __PETER A KNIGHT_____

Case No. _____

Debtor(s)

Chapter __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ PETER A KNIGHT**
                        **PETER A KNIGHT**

Date:    **March 21, 2012**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re __PETER A KNIGHT_____  Case No. _____
                          Debtor(s)           Chapter    __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__PETER A KNIGHT_____   X  __/s/ PETER A KNIGHT_____   __March 21, 2012__
Printed Name(s) of Debtor(s)             Signature of Debtor              Date

Case No. (if known) _____   X  _____
                                         Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **PETER A KNIGHT**
_____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 253,900.00 | | |
| B - Personal Property | Yes | 4 | 6,101.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 368,296.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 91,840.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 349,519.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,014.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 260,001.00 | | |
| Total Liabilities | | | | 809,656.23 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **PETER A KNIGHT**                            ,     Case No. _____

                                                   Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 91,840.30 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 91,840.30 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,000.00 |
| Average Expenses (from Schedule J, Line 18) | 1,014.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 114,396.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 91,840.30 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 349,519.93 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 463,915.93 |

B6A (Official Form 6A) (12/07)

.

In re    **PETER A KNIGHT**                                    ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3 BDRM, 2 BATH RESIDENCE LOCATED AT 9545 CORDOBA BLVD, SPARKS, NEVADA 89441** | **FEE SIMPLE** | - | 253,900.00 | 368,296.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **253,900.00** | (Total of this page) |
| Total > | **253,900.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **PETER A KNIGHT**                                                              ,    Case No. _____
_____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | MISCELLANEOUS USED NECESSARY HOUSEHOLD FURNISHINGS, INCLUDING BUT NOT LIMITED TO, FURNITURE, SMALL APPLIANCES, KITCHENWARE, INDOOR AND OUTDOOR HAND HELD HOUSEHOLD TOOLS, DIGITAL CAMERA, SMALL ELECTRONICS ITEMS SUCH AS TVS, STEREOS, VCR/DVD PLAYER, COMPUTER, MONITOR AND PRINTER. | - | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MISCELLANEOUS USED BOOKS, CDS, DVDS, PRINTS AND PICTURES. | - | 250.00 |
| 6.  Wearing apparel. | | MISCELLANEOUS USED MEN'S CLOTHING. | - | 100.00 |
| 7.  Furs and jewelry. | | MISCELLANEOUS USED COSTUME JEWELRY, INCLUDING BUT NOT LIMITED TO, RINGS, BRACELETS, WATCHES, NECKLACES AND EARRINGS. | - | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                                        Sub-Total >              2,100.00
                                                                   (Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **PETER A KNIGHT**                   ,     Case No. _____

                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                  Sub-Total >        **0.00**
                                             (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **PETER A KNIGHT**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **PATENT PENDING FOR A WINDOW DESIGN (ARCHITECTURAL).** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **TABLE SAW, SHAPER, BANDSAW, DRILLS, MISCELLANEOUS HAND AND POWER TOOLS, CHOP SAW.** | - | 4,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **ONE DOG.** | - | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          **4,001.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **PETER A KNIGHT**                    ,      Case No. _____

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **6,101.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6C (Official Form 6C) (4/10)**

.

In re    **PETER A KNIGHT**                                                  ,    Case No. _____

                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** **MISCELLANEOUS USED NECESSARY HOUSEHOLD FURNISHINGS, INCLUDING BUT NOT LIMITED TO, FURNITURE, SMALL APPLIANCES, KITCHENWARE, INDOOR AND OUTDOOR HAND HELD HOUSEHOLD TOOLS, DIGITAL CAMERA, SMALL ELECTRONICS ITEMS SUCH AS TVS, STEREOS, VCR/DVD PLAYER, COMPUTER, MONITOR AND PRINTER.** | **Nev. Rev. Stat. § 21.090(1)(b)** | **1,500.00** | **1,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** **MISCELLANEOUS USED BOOKS, CDS, DVDS, PRINTS AND PICTURES.** | **Nev. Rev. Stat. § 21.090(1)(a)** | **250.00** | **250.00** |
| **Wearing Apparel** **MISCELLANEOUS USED MEN'S CLOTHING.** | **Nev. Rev. Stat. § 21.090(1)(b)** | **100.00** | **100.00** |
| **Furs and Jewelry** **MISCELLANEOUS USED COSTUME JEWELRY, INCLUDING BUT NOT LIMITED TO, RINGS, BRACELETS, WATCHES, NECKLACES AND EARRINGS.** | **Nev. Rev. Stat. § 21.090(1)(a)** | **250.00** | **250.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** **TABLE SAW, SHAPER, BANDSAW, DRILLS, MISCELLANEOUS HAND AND POWER TOOLS, CHOP SAW.** | **Nev. Rev. Stat. § 21.090(1)(d)** | **4,000.00** | **4,000.00** |
| **Animals** **ONE DOG.** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1.00** | **1.00** |
| | Total: | **6,101.00** | **6,101.00** |

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re    **PETER A KNIGHT**                           ,    Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2105**<br><br>**BANK OF AMERICA**<br>**450 AMERICAN STREET**<br>**SIMI VALLEY, CA 93065** | | - | **APRIL 2006**<br>**FIRST DEED OF TRUST**<br>**3 BDRM, 2 BATH RESIDENCE LOCATED AT**<br>**9545 CORDOBA BLVD, SPARKS, NEVADA 89441** | | | | | |
| | | | Value $         **253,900.00** | | | | **368,296.00** | **114,396.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **368,296.00** | **114,396.00** |
| Total<br>(Report on Summary of Schedules) | **368,296.00** | **114,396.00** |

**B6E (Official Form 6E) (4/10)**

.

In re  **PETER A KNIGHT**                                          Case No. _____
                                                        ,
                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **PETER A KNIGHT**                                                                  ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | ESTIMATED STATE INCOME TAXES. | | | | | |
| **STATE OF CALIFORNIA FRANCHISE TAX BOARD P.O. BOX 942867 SACRAMENTO, CA 94267-0011** | - | | | | | | | | 0.00 |
| | | | | | | | | 28,000.00 | 28,000.00 |
| Account No. **xx xx xxx-xx2442** | | | | CERTIFICATE OF REGISTRATION, USE TAX | | | | | |
| **STATE OF CALIFORNIA BOARD OF EQUALIZATION P.O. BOX 942879 SACRAMENTO, CA 94279-0001** | - | | | | | | | | 0.00 |
| | | | | | | | | 63,840.30 | 63,840.30 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 91,840.30 | 91,840.30 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 91,840.30 | 91,840.30 |

B6F (Official Form 6F) (12/07)

In re   **PETER A KNIGHT**                    ,    Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**700 E. GLENDALE ASSOCIATES 15840 VENTURA BLVD., #310 ENCINO, CA 91436-2932** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No. **511** <br><br>**A TEAM CONSTRUCTION CLEANING, LLC 30605 SUTCLIFFE STAR RT., SPACE 15 RENO, NV 89510** | - | | | **BUSINESS MAINTENANCE.** | | | | **590.00** |
| Account No. <br><br>**A.G. ADJUSTMENTS P.O. BOX 9090 MELVILLE, NY 11747** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No. <br><br>**ABD INSURANCE SERVICES 604 WEST MOANA LANE RENO, NV 89509** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| __26__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | **593.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**                                              , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | BUSINESS VENDOR. | | | | |
| **ACI GLASS PRODUCTS 965 RIDGE LAKE BLVD. P.O. BOX 171173 MEMPHIS, TN 38187** | | | | | | | | 1.00 |
| Account No. **xxxxxx xx 4381** | | - | | COLLECTING ON BEHALF OF ADVANTA BUSINESS CARDS. NOTICE ONLY. | | | | |
| **ADVANCED CALL CENTER TECHNOLOGIES, LLC P.O. BOX 9090 GRAY, TN 37615** | | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx2929** | | - | | Opened 4/01/07 Last Active 3/01/09 CREDIT CARD. | | | | |
| **ADVANTA BANK CORP. P.O. BOX 30715 SALT LAKE CITY, UT 84130-0715** | | | | | | | | 6,451.00 |
| Account No. | | - | | BUSINESS VENDOR. | | | | |
| **AFCO INSURANCE PREMIUM FINANCE DEPT. LA21315 PASADENA, CA 91185-1315** | | | | | | | | 1.00 |
| Account No. | | - | | BUSINESS VENDOR. | | | | |
| **AKRON HARDWARE 1100 KILLIAN ROAD AKRON, OH 44312** | | | | | | | | 4,065.90 |

Sheet no. __1___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 10,518.90 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx xH969**<br><br>**ALAN M. KAPSON, ATTORNEY AT LAW**<br>**P.O. BOX 1439**<br>**MELVILLE, NY 11747-1439** | - | | | COLLECTING ON BEHALF OF COMDATA. NOTICE ONLY. | | | | 0.00 |
| Account No.<br><br>**ALLIED ADMINISTRATORS**<br>**DELTA DENTAL INSURANCE COMPANY**<br>**P.O. BOX 26908**<br>**SAN FRANCISCO, CA 94126** | - | | | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **-xxxxxxxxxxxx9263**<br><br>**AMERICAN EXPRESS**<br>**P.O. BOX 297879**<br>**FORT LAUDERDALE, FL 33329-7879** | | | | Opened 11/17/92  Last Active 12/01/08 CREDIT CARD. | | | | 6,828.00 |
| Account No. **-xxxxxxxxxxxx2483**<br><br>**AMERICAN EXPRESS**<br>**P.O. BOX 297879**<br>**FORT LAUDERDALE, FL 33329-7879** | - | | | Opened 11/12/02  Last Active 12/01/08 CREDIT CARD. | | | | 3,854.00 |
| Account No. **xxxxxx3855**<br><br>**AMERICAN INTERNATIONAL COMPANY**<br>**C/O RECEIVABLE MANAGEMENT SERVICE**<br>**P.O. BOX 4647**<br>**LUTHERVILLE TIMONIUM, MD 21094-4647** | - | | | COLLECTING ON BEHALF OF AMERICAN INTERNATIONAL CO.  NOTICE ONLY. | | | | 6,954.00 |

Sheet no. _**2**___ of _**26**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **17,637.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| AMERICREDIT FINANCIAL SERVICES BANKRUPTCY DEPT. P.O. BOX 351 FORT WORTH, TX 76101-0351 | - | | | | | | | 1.00 |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| APEX ENGINEERING 4790 CAUGHLIN PARKWAY, #184 RENO, NV 89519 | - | | | | | | | 1.00 |
| Account No. xxxxxxxxx-x0001 | | | | BUSINESS ADVERTISING. | | | | |
| AT&T ADVERTISING & PUBLISHING P.O. BOX 500452 SAINT LOUIS, MO 63150-0452 | - | | | | | | | 8,590.93 |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| AT&T WIRELESS P.O. BOX 1809 PARAMUS, NJ 07653-1809 | - | | | | | | | 1.00 |
| Account No. xxxxxx3855 | | | | BUSINESS VENDOR. | | | | |
| AUI HOLDINGS 22427 NETWORK PLACE CHICAGO, IL 60673-1224 | - | | | | | | | 7,094.00 |

Sheet no. __3___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **15,687.93**

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**
                                                                    ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | HOA DUES. | | | | |
| **AUTUMN TRAILS HOMEOWNER'S ASSOCIATION C/O CAMCO 2240 MERIDIAN BLVD. MINDEN, NV 89423** | | | | | | | | | 1.00 |
| Account No. xxxxxxxxxxxx4847 | | | - | | Opened 11/17/06  Last Active  2/01/09 CREDIT CARD | | | | |
| **BANK OF AMERICA BANKRUPTCY DEPARTMENT P.O. BOX 982235 EL PASO, TX 79998-2235** | | | | | | | | | 21,989.00 |
| Account No. xxxx-xxxx-xxxx-6221 | | | - | | CREDIT CARD | | | | |
| **BANK OF AMERICA BANKRUPTCY DEPARTMENT P.O. BOX 982235 EL PASO, TX 79998-2235** | | | | | | | | | 3,461.79 |
| Account No. xxxxx5196 | X | | - | | Opened  6/26/08  Last Active  9/16/11 REPOSSESSED 2005 BMW 325I. | | | | |
| **BANK OF THE WEST NC-B07-3B-J P.O. BOX 5172 SAN RAMON, CA 94583-5172** | | | | | | | | | 1.00 |
| Account No. xxxxxx0067 | | | - | | BUSINESS LOAN. | | | | |
| **BANK OF THE WEST P.O. BOX 515274 LOS ANGELES, CA 90051-6574** | | | | | | | | | 4,618.97 |

Sheet no. __4___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,071.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**                                  ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | JUDGMENT | | | | |
| **BANK OF THE WEST** **P.O. BOX 2078** **OMAHA, NE 68103-2078** | - | | | | | | 187,000.00 |
| Account No. | | | COLLECTING ON BEHALF OF GERKIN WINDOWS & DOOR. NOTICE ONLY. | | | | |
| **BARON, SAR, GOODWIN, GILL & LOHR** **750 PIERCE STREET** **P.O. BOX 717** **SIOUX CITY, IA 51102** | - | | | | | | 0.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| **BERKLEY RISK ADMINISTRATORS COMPANY** **P.O. BOX 939** **PIERRE, SD 57501-0939** | - | | | | | | 1.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| **BEST LIFE DENTAL INSURANCE** **P.O. BOX 19721** **IRVINE, CA 92623-9721** | - | | | | | | 1.00 |
| Account No. | | | COUNSEL FOR A.G. ADJUSTMENTS, LTD. NOTICE ONLY. | | | | |
| **BEVERLY SALHANICK, ESQ.** **2001 S. JONES, SUITE I** **LAS VEGAS, NV 89146** | - | | | | | | 0.00 |

Sheet no. __5__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

187,002.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3310**<br><br>**BRISTOLITE SKYLIGHTS**<br>**401 E. GOETZ AVENUE**<br>**SANTA ANA, CA 92707** | | - | BUSINESS VENDOR. | | | | 2,406.00 |
| Account No.<br><br>**BUILDERS INSURANCE COMPANY, INC.**<br>**C/O RISK SERVICES - NEVADA INC.**<br>**5430 W. SAHARA AVENUE**<br>**LAS VEGAS, NV 89146** | | - | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **xxxxxx3744**<br><br>**CALIFORNIA RECOVERY BUREAU, INC.**<br>**135 VALLECITOS DE ORO, SUITE G**<br>**SAN MARCOS, CA 92069** | | | COLLECTING ON BEHALF OF WELLS FARGO DEALER SRVS. NOTICE ONLY. | | | | 0.00 |
| Account No.<br><br>**CAPITAL ONE BANK**<br>**P.O. BOX 30285**<br>**SALT LAKE CITY, UT 84130-0285** | | - | BUSINESS CREDIT CARD. | | | | 1.00 |
| Account No.<br><br>**CASTAWAY TRASH HAULING, INC.**<br>**P.O. BOX 51930**<br>**SPARKS, NV 89435-1930** | | - | BUSINESS VENDOR. | | | | 1.00 |

Sheet no. **6** of **26** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **2,409.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **xxxx3364** | | | | MONTHLY UTILITY SERVICES. | | | | |
| CHARTER COMMUNICATIONS P.O. BOX 78063 PHOENIX, AZ 85062-8063 | | - | | | | | | 39.00 |
| Account No. **xxxxxxxxxxxx9176** | | | | Opened 2/21/08 Last Active 5/12/09 CREDIT CARD. | | | | |
| CHASE BANK P.O. BOX 15298 WILMINGTON, DE 19850-5298 | | - | | | | | | 1.00 |
| Account No. **xxxxxxxxxxxx6531** | | | | Opened 1/08/08 Last Active 2/22/12 CREDIT CARD. | | | | |
| CITI P.O. BOX 6241 SIOUX FALLS, SD 57117 | | - | | | | | | 4,435.00 |
| Account No. **xxxx-xxxx-xxxx-1485** | | | | BUSINESS CREDIT CARD. | | | | |
| CITIBUSINESS CARD P.O. BOX 44180 JACKSONVILLE, FL 32231-4180 | | - | | | | | | 13,826.38 |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| CITY OF RENO ACCOUNTS RECEIVABLE P.O. BOX 1900 RENO, NV 89505 | | - | | | | | | 1.00 |

Sheet no. _**7**___ of _**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    18,302.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITY OF SPARKS** <br> **C/O ATB SERVICES** <br> **2930 AUSTIN BLUFFS PKWY, SUITE 301** <br> **COLORADO SPRINGS, CO 80918** | | - | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. <br><br> **CMI ARCHITECTURAL PRODUCTS, INC.** <br> **2800 FREEWAY BLVD., SUITE 205** <br> **MINNEAPOLIS, MN 55430** | | - | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. **xH969** <br><br> **COMDATA CORPORATION** <br> **P.O. BOX 100647** <br> **ATLANTA, GA 30384-0647** | | - | **BUSINESS VENDOR.** | | | | 1,981.82 |
| Account No. <br><br> **CONSECO MEDICAL INSURANCE COMPANY** <br> **304 NORTH MAIN STREET** <br> **ROCKFORD, IL 61101-1019** | | - | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. **xxxxxxx0818** <br><br> **CREDIT COLLECTION SERVICES** <br> **TWO WELLS AVENUE** <br> **DEPT. 9135** <br> **NEWTON CENTER, MA 02459** | | - | **COLLECTING ON BEHALF OF FARMERS INSURANCE GROUP.  NOTICE ONLY.** | | | | 0.00 |

Sheet no. __**8**___ of __**26**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,984.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**                                          ,       Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxx0000** | | | | COLLECTING ON BEHALF OF AT&T ADVERTISING & PUBLISHING.  NOTICE ONLY. | | | | |
| **CREDITWATCH** **P.O. BOX 156269** **FORT WORTH, TX 76155-1269** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| **CWM WOOD WINDOWS** **24 NORTH BRYN MAWR AVENUE** **BRYN MAWR, PA 19010** | - | | | | | | | |
| | | | | | | | | 1.00 |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| **DE LAGE LANDEN FINANCIAL SERVICES.** **P.O. BOX 41601** **PHILADELPHIA, PA 19101-1601** | - | | | | | | | |
| | | | | | | | | 1.00 |
| Account No. **xxxxxxxxxxx7700** | | | | Opened 12/20/02 Last Active 5/15/09 CREDIT CARD | | | | |
| **DISCOVER CARD** **BANKRUPTCY DEPARTMENT** **P.O. BOX 3025** **NEW ALBANY, OH 43054-3025** | - | | | | | | | |
| | | | | | | | | 13,884.00 |
| Account No. | | | | COUNSEL FOR KRUMP CONSTRUCTION, INC. NOTICE ONLY. | | | | |
| **DOWLING, AARON & KEELER, INC.** **8080 NORTH PALM AVENUE, THIRD FLOOR** **P.O. BOX 28902** **FRESNO, CA 93729-8902** | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. _**9**___ of _**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **13,886.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**
                                                                          ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DRAKULICH INSURANCE** <br> **2215 N. MCCARRAN BLVD.** <br> **SPARKS, NV 89431** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No. <br><br> **ENCOMPASS INSURANCE** <br> **P.O. BOX 650562** <br> **DALLAS, TX 75265-0562** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No. **xxxx3364** <br><br> **ENHANCED RECOVERY CORP** <br> **8014 BAYBERRY ROAD** <br> **JACKSONVILLE, FL 32256** | - | | | Opened 10/18/11 <br> **COLLECTING ON BEHALF OF CHARTER COMMUNICATION. NOTICE ONLY.** | | | | **0.00** |
| Account No. **x-xxxx6756** <br><br> **ER SOLUTIONS, INC.** <br> **800 SW 39TH STREET** <br> **P.O. BOX 9004** <br> **RENTON, WA 98057** | - | | | **COLLECTING ON BEHALF OF VERIZON WIRELESS. NOTICE ONLY.** | | | | **0.00** |
| Account No. **xxx5800** <br><br> **FARMER'S INSURANCE GROUP** <br> **JOHN T. DRAKULICH LUTCF** <br> **2215 N. MCCARRAN BLVD.** <br> **SPARKS, NV 89431** | - | | | **BUSINESS INSURANCE POLICY.** | | | | **1,146.70** |

| | |
|---|---|
| Sheet no. __10__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | **1,148.70** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **PETER A KNIGHT**                                              ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS VENDOR. | | | | |
| FEDEX NATIONAL LTL 1750 INDUSTRIAL WAY SPARKS, NV 89431 | - | | | | | | 406.03 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| FINANCIAL PACIFIC P.O. BOX 45376 SAN FRANCISCO, CA 94145 | - | | | | | | 1.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| FIRST EQUITY CARD CORP. 1120 WELSH ROAD NORTH WALES, PA 19454 | - | | | | | | 1.00 |
| Account No. xxxx-xxxx-xxxx-9531 | | | CREDIT CARD. | | | | |
| FIRST NATIONAL BANK OF OMAHA CARDMEMBER SERVICES P.O. BOX 3331 OMAHA, NE 68103-0331 | - | | | | | | 5,730.24 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| FIRST USA BANK, NA 3 CHRISTINA CENTRE 201 N. WALNUT STREET WILMINGTON, DE 19801 | - | | | | | | 1.00 |

Sheet no. __11__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              6,139.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx0222**<br><br>**FREDERICK J. HANNA & ASSOCIATES**<br>**1427 ROSWELL ROAD**<br>**MARIETTA, GA 30062** | - | | | COLLECTING ON BEHALF OF BANK OF AMERICA.  NOTICE ONLY. | | | | 0.00 |
| Account No. **xxx1957**<br><br>**G-U HARDWARE**<br>**12650 PATRICK HENRY DRIVE**<br>**NEWPORT NEWS, VA 23602** | - | | | BUSINESS VENDOR. | | | | 100.86 |
| Account No.<br><br>**GANNETT CCC**<br>**177 BROAD STREET, 6TH FLOOR**<br>**STAMFORD, CT 06901** | - | | | BUSINESS VENDOR. | | | | 1,152.50 |
| Account No.<br><br>**GARY M. FULLER, ESQ.**<br>**GUILD, RUSSELL, GALLAGHER & FULLER, LTD.**<br>**100 W. LIBERTY, SUITE 800**<br>**P.O. BOX 2838**<br>**RENO, NV 89505** | - | | | COUNSEL FOR 700 EAST GLENDALE ASSOCIATES, LLC.  NOTICE ONLY. | | | | 0.00 |
| Account No. **xx8679**<br><br>**GB COLLECTS, LLC**<br>**145 BRADFORD DRIVE**<br>**WEST BERLIN, NJ 08091** | - | | | COLLECTING ON BEHALF OF NATIONAL FIRE & MARINE INSURANCE.  NOTICE ONLY. | | | | 0.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,253.36**

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**                                                    ,     Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x8000** <br><br> **GC SERVICES LIMITED PARTNERSHIP 6330 GULFTON HOUSTON, TX 77081** | - | | | **COLLECTING ON BEHALF OF AMERICAN EXPRESS.  NOTICE ONLY.** | | | | 0.00 |
| Account No. <br><br> **GE MONEY BANK BANKRUPTCY DEPARTMENT P.O. BOX 103104 ROSWELL, GA 30076** | - | | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. <br><br> **GERKIN WINDOWS AND DOORS P.O. BOX 3203 SIOUX CITY, IA 51102** | - | | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. <br><br> **GUGLIELMO & ASSOCIATES P.O. BOX 41688 TUCSON, AZ 85717** | - | | | **COLLECTING ON BEHALF OF DISCOVER BANK.  NOTICE ONLY.** | | | | 0.00 |
| Account No. <br><br> **HARTFORD FIRE INSURANCE COMPANY P.O. BOX 2103 690 ASYLUM AVENUE HARTFORD, CT 06115** | - | | | **BUSINESS VENDOR.** | | | | 1.00 |

| | |
|---|---|
| Sheet no. __13__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    3.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0856<br><br>**HSBC RETAIL SERVICES**<br>**SONY FINANCIAL SERVICES**<br>**P.O. BOX 15521**<br>**WILMINGTON, DE 19850-5521** | - | | **Opened 12/01/97  Last Active  3/17/00**<br>**CREDIT CARD.** | | | | 1.00 |
| Account No.<br><br>**JEFFREY M. QUINN, ATTORNEY AT LAW**<br>**1017 EDMONDS AVENUE**<br>**P.O. BOX 596**<br>**DREXEL HILL, PA 19026** | - | | **COLLECTING ON BEHALF OF W.L. GORE & ASSOCIATES.  NOTICE ONLY.** | | | | 0.00 |
| Account No. xx2604<br><br>**JOMAX RECOVERY SERVICE**<br>**20325 N 51ST AVENUE, SUITE 134**<br>**GLENDALE, AZ 85308** | - | | **Opened  9/22/09**<br>**COLLECTING ON BEHALF OF PLATTE RIVER INSURANCE.  NOTICE ONLLY.** | | | | 0.00 |
| Account No.<br><br>**K2 ENGINEERING AND STRUCTURAL DESIGN**<br>**3100 MILL STREET, SUITE 107**<br>**RENO, NV 89502** | - | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. xxxxxxx6252<br><br>**KOHL'S**<br>**C/O CHASE BANK**<br>**N56 W 17000 RIDGEWOOD DRIVE**<br>**MENOMONEE FALLS, WI 53051** | - | | **Opened 12/23/08  Last Active  4/01/09**<br>**CREDIT CARD.** | | | | 434.00 |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      436.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **PETER A KNIGHT**                                                    ,        Case No. _____

_____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KRUMP CONSTRUCTION**<br>**9855 DOUBLE R BLVD.**<br>**RENO, NV 89521** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No. **xx0066**<br><br>**LAW OFFICE OF BRIAN D. SHAPIRO**<br>**411 E. BONNEVILLE AVENUE, SUITE 300**<br>**LAS VEGAS, NV 89101** | - | | | **COLLECTING ON BEHALF OF GANNETT CCC. NOTICE ONLY.** | | | | **0.00** |
| Account No.<br><br>**LIBERTY MUTUAL**<br>**P.O. BOX 530004**<br>**ATLANTA, GA 30353** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No.<br><br>**LINCOLN WOOD PRODUCTS, INC.**<br>**P.O. BOX 375**<br>**MERRILL, WI 54452-0375** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |
| Account No.<br><br>**LOWE'S**<br>**CUSTOMER CARE**<br>**P.O. BOX 1111**<br>**NORTH WILKESBORO, NC 28656** | - | | | **BUSINESS VENDOR.** | | | | **1.00** |

Sheet no. __**15**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **4.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **PETER A KNIGHT**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **MACARTHUR BUSINESS CREDIT, LP** <br> **16238 HWY 620, #F-351** <br> **AUSTIN, TX 78717** | - | | | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **299** <br><br> **MACMURRAY PACIFIC** <br> **568 SEVENTH STREET** <br> **SAN FRANCISCO, CA 94103** | - | | | BUSINESS VENDOR. | | | | 402.27 |
| Account No. <br><br> **MACMURRY PACIFIC** <br> **568 SEVENTH STREET** <br> **SAN FRANCISCO, CA 94103** | - | | | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **xxxx5915** <br><br> **MCCARTHY, BURGESS & WOLFF** <br> **THE MB&W BUILDING** <br> **26000 CANNON ROAD** <br> **BEDFORD, OH 44146** | - | | | COLLECTING ON BEHALF OF DE LAGE LANDEN FINANCIAL SERVICE. NOTICE ONLY. | | | | 0.00 |
| Account No. <br><br> **MERRILL MILLWORKS** <br> **1300 WEST TAYLOR STREET** <br> **MERRILL, WI 54452-2971** | - | | | BUSINESS VENDOR. | | | | 1.00 |

Sheet no. __16__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                405.27

B6F (Official Form 6F) (12/07) - Cont.

In re __PETER A KNIGHT_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7318**<br><br>**MIDLAND CREDIT MANAGEMENT, INC**<br>**8875 AERO DRIVE, SUITE 200**<br>**P.O. BOX 939019**<br>**SAN DIEGO, CA 92193-9019** | - | | **Opened 5/17/11 Last Active 2/01/09**<br>**COLLECTING ON BEHALF OF VERIZON WIRELESS. NOTICE ONLY.** | | | | 0.00 |
| Account No.<br><br>**NATIONAL CITY BANK**<br>**P.O. BOX 856153**<br>**LOUISVILLE, KY 40285-6153** | - | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. **xxxxxx7048**<br><br>**NATIONAL FIRE & MARIEN INSURANCE**<br>**3024 HARNEY STREET**<br>**OMAHA, NE 68131** | - | | **INSURANCE PREMIUM** | | | | 1,000.00 |
| Account No.<br><br>**NAVISTAR FINANCIAL CORP.**<br>**P.O. BOX 96070**<br>**CHICAGO, IL 60693-6070** | - | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. **xxxx-xxxx-xxxx-1485**<br><br>**NCO FINANCIAL SYSTEMS, INC.**<br>**507 PRUDENTIAL ROAD**<br>**HORSHAM, PA 19044** | - | | **COLLECTING ON BEHALF OF CITIBANK.**<br>**NOTICE ONLY.** | | | | 0.00 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,002.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8-COL**<br><br>**NCS COLLECTION SERVICES GROUP**<br>**729 MINER ROAD**<br>**CLEVELAND, OH 44143** | - | | **COLLECTING ON BEHALF OF VITRO AMERICA. NOTICE ONLY.** | | | | 0.00 |
| Account No.<br><br>**NEVADA CONTRACTORS INSURANCE COMPANY**<br>**1210 S. VALLEY VIEW BLVD., #1**<br>**LAS VEGAS, NV 89102** | - | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. **xxxx49.00**<br><br>**NEVADA DEPARTMENT OF EMPLOYMENT**<br>**TRAINING AND REHABILITATION**<br>**EMPLOYMENT SECURITY DIVISION**<br>**500 E. THIRD STREET**<br>**CARSON CITY, NV 89713** | - | | **EMPLOYER CONTRIBUTIONS.** | | | | 2,315.64 |
| Account No.<br><br>**NEVADA STATE CONTRACTORS BOARD**<br>**9670 GATEWAY DRIVE, SUITE 100**<br>**RENO, NV 89521** | - | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No.<br><br>**OFFICE DEPOT CREDIT PLAN**<br>**DEPT. 56-8404484214**<br>**P.O. BOX 689020**<br>**DES MOINES, IA 50368-9020** | - | | **BUSINESS VENDOR.** | | | | 1.00 |

| | | |
|---|---|---|
| Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,318.64 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **PETER A KNIGHT**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS VENDOR. | | | | |
| **PACIFIC ALUMINIUM COMPANY** **7533 BOSTIAN ROAD** **WOODINVILLE, WA 98072-6007** | | - | | | | | 1.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| **PARAMOUNT WINDOWS, INC.** **105 PANET ROAD** **WINNIPEG** | | - | | | | | 1.00 |
| Account No. | | | COLLECTING ON BEHALF OF AMERICAN EXPRESS. NOTICE ONLY. | | | | |
| **PATENAUDE & FELIX, A.P.C.** **1771 EAST FLAMINGO ROAD, SUITE 112A** **LAS VEGAS, NV 89119** | | | | | | | 0.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| **PAUL AND MARYANN STEELMAN** **C/O PALUMBO BERGSTROM, LLP** **17901 VON KARMAN AVENUE, SUITE 500** **IRVINE, CA 92614** | | - | | | | | 1.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| **PEMKO MFG. COMPANY** **P.O. BOX 31001-1250** **PASADENA, CA 91110-1250** | | - | | | | | 1.00 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **PETER A KNIGHT** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PERSONAL TOUCH GLASS, INC.** <br>**1599 SW 30TH AVENUE, #10** <br>**BOYNTON BEACH, FL 33426** | - | | BUSINESS VENDOR. | | | | 3,558.79 |
| Account No. **xxxxxx5-002** <br><br>**PITNEY BOWES, INC.** <br>**2225 AMERICAN DRIVE** <br>**NEENAH, WI 54956-1005** | - | | BUSINESS VENDOR. | | | | 614.51 |
| Account No. **xx2604** <br><br>**PLATTE RIVER INSURANCE COMPANY** <br>**P.O. BOX 5900** <br>**MADISON, WI 53705** | - | | INSURANCE POLICY. | | | | 4,331.00 |
| Account No. <br><br>**PLY GEM PACIFIC WINDOWS** <br>**P.O. BOX 60000** <br>**SAN FRANCISCO, CA 94160** | - | | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **x x x-xxxxxxxxxx3927** <br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC** <br>**120 CORPORATE BLVD.** <br>**NORFOLK, VA 23502** | - | | Opened 11/27/09  Last Active  5/01/09 COLLECTING ON BEHALF OF US BANK, N.A. NOTICE ONLY. | | | | 0.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **8,505.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **PETER A KNIGHT**                                                      ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | BUSINESS VENDOR. | | | | |
| **PREMIUM FINANCING SPECIALISTS, INC.** **22653 NETWORK PLACE** **CHICAGO, IL 60673-1226** | | | | | | | **1.00** |
| Account No. | | - | BUSINESS VENDOR. | | | | |
| **QUAKER WINDOWS** **504 HWY 63 SOUTH** **P.O. BOX 12** **FREEBURG, MO 65035-0128** | | | | | | | **1.00** |
| Account No. | | - | DENTAL SERVICES. | | | | |
| **RAMIN HOMANFAR, DDS** **5240 KIETZKE LANE, SUITE 201** **RENO, NV 89511** | | | | | | | **1.00** |
| Account No. **xxx9987** | | - | COLLECTING ON BEHALF OF PORTFOLIO RECOVERY ASSOC. NOTICE ONLY. | | | | |
| **RAUSCH, STURM, ISREAL, ENERSON & HORNIK** **8691 WEST SAHARA AVENUE, SUITE 210** **LAS VEGAS, NV 89117** | | | | | | | **0.00** |
| Account No. | | - | COLLECTING ON BEHALF OF AUTUMN TRAILS HOMEOWNERS ASSOCIATION. NOTICE ONLY. | | | | |
| **RED ROCK FINANCIAL SERVICES** **7251 AMIGO STREET, SUITE 100** **LAS VEGAS, NV 89119** | | | | | | | **0.00** |

Sheet no. __21__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **3.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**
                                                                    Case No. _____
                                    ,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| RENO GAZETTE JOURNAL P.O. BOX 22000 RENO, NV 89520-2000 | - | | | | | | | |
| | | | | | | | | 1.00 |
| Account No. | | | | MEDICAL SERVICES | | | | |
| RENOWN REGIONAL MEDICAL CENTER BUSINESS OFFICE P.O. BOX 30006 RENO, NV 89520-3006 | - | | | | | | | |
| | | | | | | | | 1.00 |
| Account No. xxxxxx2935 | | | | COLLECTING ON BEHALF OF FIRST NATIONAL BANK OF OMAHA. NOTICE ONLY. | | | | |
| RGS FINANCIAL P.O. BOX 852039 RICHARDSON, TX 75085-2039 | | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | BUSINESS VENDOR. | | | | |
| SHARON SMITH 1516 DIAMOND COUNTRY DRIVE RENO, NV 89521 | - | | | | | | | |
| | | | | | | | | 1.00 |
| Account No. xx5504 | | | | BUSINESS MAINTENANCE AND SUPPLIES. | | | | |
| SIERRA OFFICE SOLUTIONS 4710 LONGLEY LANE RENO, NV 89502 | - | | | | | | | |
| | | | | | | | | 430.00 |

Sheet no. __22__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    433.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**                                              ,     Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1757**<br><br>**STEPHEN FOSSLER COMPANY**<br>**439 SOUTH DARTMOOR DRIVE**<br>**CRYSTAL LAKE, IL 60014** | - | | BUSINESS VENDOR. | | | | 119.50 |
| Account No.<br><br>**SUMMERLIN LIFE & HEALTH**<br>**INSURANCE CO.**<br>**P.O. BOX 52762**<br>**PHOENIX, AZ 85072-2762** | - | | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **xxxx1481**<br><br>**SYNTER RESOURCE GROUP, LLC**<br>**P.O. BOX 63247**<br>**NORTH CHARLESTON, SC 29419-3247** | | | COLLECTING ON BEHALF OF FEDEX NATIONAL LTL.  NOTICE ONLY. | | | | 0.00 |
| Account No.<br><br>**THE HOME DEPOT**<br>**HOME DEPOT CREDIT SERVICES**<br>**P.O. BOX 653020**<br>**DALLAS, TX 75265-3020** | - | | BUSINESS VENDOR. | | | | 1.00 |
| Account No. **xxxxxx8719**<br><br>**UPS SUPPLY CHAIN SOLUTIONS**<br>**700 KEYSTONE INDUSTRIAL PARK**<br>**SCRANTON, PA 18512** | - | | BUSINESS VENDOR. | | | | 296.26 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

417.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **PETER A KNIGHT**
                                                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx3927**<br><br>**US BANK**<br>**BANKRUPTCY DEPARTMENT**<br>**P.O. BOX 5229**<br>**CINCINNATI, OH 45201-5229** | - | | **CREDIT CARD** | | | | **9,110.00** |
| Account No. **xxxxxxxx7164**<br><br>**US BANK**<br>**P.O. BOX 1800**<br>**SAINT PAUL, MN 55101-0800** | - | | **RESERVE LINE OF CREDIT.** | | | | **5,068.33** |
| Account No. **xxxxxx7318**<br><br>**VERIZON WIRELESS**<br>**5175 EMERALD PKWY**<br>**DUBLIN, OH 43017** | - | | **MONTHLY UTILITY SERVICES.** | | | | **1,532.00** |
| Account No. **xxxx2704**<br><br>**VITRO AMERICA DISTRIBUTION**<br>**FILE 50542**<br>**LOS ANGELES, CA 90074-0542** | - | | **BUSINESS VENDOR.** | | | | **3,732.51** |
| Account No.<br><br>**W.L. GORE & ASSOCIATES**<br>**P.O. BOX 1488**<br>**ELKTON, MD 21922-1488** | - | | **BUSINESS VENDOR.** | | | | **1.00** |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,443.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT** _____,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx4095**<br><br>**WASHOE COUNTY TREASURER**<br>**P.O. BOX 30039**<br>**RENO, NV 89520-3039** | - | | | | **PERSONAL PROPERTY TAXES DUE FOR 2009/2010.** | | | | 267.44 |
| Account No. **xxxxx33-01**<br><br>**WELLS FARGO BANK, N.A.**<br>**DEPT. 1529**<br>**DENVER, CO 80291-1529** | - | | | | **RETIREMENT PLAN PAYMENT.** | | | | 1,000.00 |
| Account No.<br><br>**WELLS FARGO INSURANCE SERVICES OF NEVADA**<br>**6900 S. MCCARRAN BLVD., #2050**<br>**RENO, NV 89509-6118** | - | | | | **BUSINESS VENDOR.** | | | | 1.00 |
| Account No. **xxxxxxx3744**<br><br>**WELLS FRGO DLRSVC/WACHOVIA**<br>**P.O. BOX 1697**<br>**WINTERVILLE, NC 28590** | - | | | | **Opened 5/17/06 Last Active 9/03/09**<br>**REPOSSESSED 2006 FORD PICKUP TRUCK.** | | | | 1.00 |
| Account No. **xx9543**<br><br>**WESTERN STATES GLASS CORP.**<br>**P.O. BOX 6058**<br>**FREMONT, CA 94538-0658** | - | | | | **BUSINESS VENDOR.** | | | | 8,638.56 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           9,908.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **PETER A KNIGHT**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS VENDOR. | | | | |
| **WFS FINANCIAL P.O. BOX 25341 SANTA ANA, CA 92799-5341** | | - | | | | | |
| | | | | | | | 1.00 |
| Account No. | | | BUSINESS VENDOR. | | | | |
| **YATES AND FELTS 17890 S. IDEAL PARKWAY MANTECA, CA 95336** | | - | | | | | |
| | | | | | | | 1.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2.00 |
| Total (Report on Summary of Schedules) | 349,519.93 |

B6G (Official Form 6G) (12/07)

In re    **PETER A KNIGHT** _____,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **PETER A KNIGHT**                                    ,    Case No. _____
_____
                              Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **ANN GREGORY KNIGHT**<br>**850 MARIETTA WAY**<br>**SPARKS, NV 89431** | **BANK OF THE WEST**<br>**NC-B07-3B-J**<br>**P.O. BOX 5172**<br>**SAN RAMON, CA 94583-5172** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re    **PETER A KNIGHT**                                                    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **WINDOW DESIGNER** | |
| Name of Employer | **UNEMPLOYED** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): **FAMILY AND FRIENDS ASSISTANCE** | $ 1,000.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,000.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,000.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,000.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**THE DEBTOR HAS NOT WORKED SINCE 2010 AND HAS NOT GENERATE ANY INCOME IN THE PAST SIX MONTHS, OTHER THAN FRIENDS AND FAMILY ASSISTING WITH UTILITIES AND FOOD, THERE ARE NO OTHER SOURCES OF INCOME OR EXPENSES.**

B6J (Official Form 6J) (12/07)

In re  **PETER A KNIGHT**                                          Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___    No **X** | |
| b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 207.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 236.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **PERSONAL CARE** | $ | 32.00 |
| Other   **HOUSEKEEPING** | $ | 29.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,014.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,000.00 |
| b.   Average monthly expenses from Line 18 above | $ | 1,014.00 |
| c.   Monthly net income (a. minus b.) | $ | -14.00 |

**B6J (Official Form 6J) (12/07)**
In re    **PETER A KNIGHT**                                                    Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **CELL PHONE** | $ | **80.00** |
| **CABLE** | $ | **80.00** |
| **INTERNET** | $ | **47.00** |
| **Total Other Utility Expenditures** | $ | **207.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **PETER A KNIGHT**

_____

Debtor(s)

Case No. _____

Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **43**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 21, 2012**    _____

Signature    **/s/ PETER A KNIGHT**

_____

**PETER A KNIGHT**

Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re    **PETER A KNIGHT**                              Case No.

                                    Debtor(s)           Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | **2010 - NOT ENOUGH INCOME TO FILE TAX RETURNS.** |
| $0.00 | **2011 - NOT ENOUGH INCOME TO FILE TAX RETURNS.** |
| $0.00 | **2012 - NO INCOME YEAR TO DATE.** |

2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$12,000.00** | **2010 INCOME FROM FRIENDS AND FAMILY.  APPROXIMATELY.** |
| **$12,000.00** | **2011 INCOME FROM FRIENDS AND FAMILY.  APPROXIMATELY.** |
| **$3,000.00** | **2012 INCOME FROM FRIENDS AND FAMILY.  APPROXIMATELY.  YEAR TO DATE.** |

---

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **REGULAR MONTHLY PAYMENTS** | | **$0.00** | **$0.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AKRON HARDWARE CONSULTANTS VS. ACCENT WINDOW, INC. CASE NO.: 107812 DEPT. NO.: 2** | **COLLECTIONS** | **JUSTICE COURT, SPARKS TOWNSHIP 630 GREENBREA DRIVE SPARKS, NEVADA 89431** | **DEFAULT JUDGMENT ENTERED** |
| **PLATTE RIVER INSURANCE COMPANY VS. ACCENT WINDOW, INC. AND PETER ALAN KNIGHT CASE NO.: RJC 2011 073109** | **COLLECTIONS** | **JUSTICE COURT OF RENO TOWNSHIP ONE SOUTH SIERRA STREET RENO, NEVADA 89501** | **UNKNOWN** |
| **NEVADA STATE CONTRACTORS BOARD 2310 CORPORATE CIRCLE, SUITE 200 HENDERSON, NEVADA 89074 IN THE MATTER OF: A.K. DESIGNS, LLC, DBA ACCENT WINDOWS, ET. AL. INVESTIGATIVE CASE NO.: 30026105** | **FAILURE TO ESTABLISH FINANCIAL RESPONSIBILITY DISCIPLINARY ACTION** | **OFFICE OF THE NEVADA STATE CONTRACTORS BOARD 2310 CORPORATE CIRCLE, SUITE 200 HENDERSON, NEVADA 89074** | **PENDING** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DRINKWATER LAW OFFICES 5421 KIETZKE LANE RENO, NV 89511** | **MARCH 21, 2012 ANN KNIGHT** | **$1,500.00** |

### 10. Other transfers

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **ANN GREGORY KNIGHT 850 MARIETTA WAY SPARKS, NV 89431 EX-WIFE** | **FEBRUARY 2011** | **1994 CHEVROLET PICKUP TRUCK** |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**ANN GREGORY KNIGHT, EX-WIFE**
**DIVORCE GRANTED**

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ACCENT WINDOW, INC.** | | **720 EAST GLENDALE AVENUE SPARKS, NV 89431** | **WINDOW DESIGNS** | **APRIL 1999 TO SEPTEMBER 2009** |

7

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                              RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST              PERCENTAGE OF INTEREST

8

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**March 21, 2012**__                    Signature    **/s/ PETER A KNIGHT**
                                                           **PETER A KNIGHT**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  **PETER A KNIGHT** _____  Case No. _____
                                    Debtor(s)         Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BANK OF AMERICA** | **Describe Property Securing Debt:**<br>**3 BDRM, 2 BATH RESIDENCE LOCATED AT**<br>**9545 CORDOBA BLVD, SPARKS, NEVADA 89441** |
| Property will be (check one):<br> ■ Surrendered                  □ Retained<br><br>If retaining the property, I intend to (check at least one):<br> □ Redeem the property<br> □ Reaffirm the debt<br> □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br> □ Claimed as Exempt                  ■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 21, 2012** _____      Signature  **/s/ PETER A KNIGHT** _____
                                                        **PETER A KNIGHT**
                                                        Debtor

# United States Bankruptcy Court
## District of Nevada

In re    **PETER A KNIGHT**

Debtor(s)

Case No. 

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **1,500.00** |
| Prior to the filing of this statement I have received | $ **1,500.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 21, 2012**

**/s/ KERRY KOLVET**
**KERRY KOLVET 9548**
**DRINKWATER LAW OFFICES**
**5421 KIETZKE LANE**
**SUITE 100**
**RENO, NV 89511**
**775-828-0800  Fax: 775-828-0858**

# United States Bankruptcy Court
## District of Nevada

In re  **PETER A KNIGHT**

                                              Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 21, 2012**

**/s/ PETER A KNIGHT**

**PETER A KNIGHT**

Signature of Debtor

PETER A KNIGHT
9545 CORDOBA BLVD.
SPARKS, NV 89441

KERRY KOLVET
DRINKWATER LAW OFFICES
5421 KIETZKE LANE
SUITE 100
RENO, NV 89511

700 E. GLENDALE ASSOCIATES
15840 VENTURA BLVD., #310
ENCINO, CA 91436-2932

A TEAM CONSTRUCTION CLEANING, LLC
Acct No 511
30605 SUTCLIFFE STAR RT., SPACE 15
RENO, NV 89510

A.G. ADJUSTMENTS
P.O. BOX 9090
MELVILLE, NY 11747

ABD INSURANCE SERVICES
604 WEST MOANA LANE
RENO, NV 89509

ACI GLASS PRODUCTS
965 RIDGE LAKE BLVD.
P.O. BOX 171173
MEMPHIS, TN 38187

ADVANCED CALL CENTER TECHNOLOGIES, LLC
Acct No xxxxxx xx 4381
P.O. BOX 9090
GRAY, TN 37615

ADVANTA BANK CORP.
Acct No xxxxxxxxxxxx2929
P.O. BOX 30715
SALT LAKE CITY, UT 84130-0715

AFCO INSURANCE PREMIUM FINANCE
DEPT. LA21315
PASADENA, CA 91185-1315

AKRON HARDWARE
1100 KILLIAN ROAD
AKRON, OH 44312

ALAN M. KAPSON, ATTORNEY AT LAW
Acct No xxxxxxx xH969
P.O. BOX 1439
MELVILLE, NY 11747-1439

ALLIED ADMINISTRATORS
DELTA DENTAL INSURANCE COMPANY
P.O. BOX 26908
SAN FRANCISCO, CA 94126

AMERICAN EXPRESS
Acct No -xxxxxxxxxxxx9263
P.O. BOX 297879
FORT LAUDERDALE, FL 33329-7879

AMERICAN EXPRESS
Acct No -xxxxxxxxxxxx2483
P.O. BOX 297879
FORT LAUDERDALE, FL 33329-7879

AMERICAN INTERNATIONAL COMPANY
Acct No xxxxxx3855
C/O RECEIVABLE MANAGEMENT SERVICE
P.O. BOX 4647
LUTHERVILLE TIMONIUM, MD 21094-4647

AMERICREDIT FINANCIAL SERVICES
BANKRUPTCY DEPT.
P.O. BOX 351
FORT WORTH, TX 76101-0351

ANN GREGORY KNIGHT
850 MARIETTA WAY
SPARKS, NV 89431

APEX ENGINEERING
4790 CAUGHLIN PARKWAY, #184
RENO, NV 89519

AT&T ADVERTISING & PUBLISHING
Acct No xxxxxxxxxx-x0001
P.O. BOX 500452
SAINT LOUIS, MO 63150-0452

AT&T WIRELESS
P.O. BOX 1809
PARAMUS, NJ 07653-1809

AUI HOLDINGS
Acct No xxxxxx3855
22427 NETWORK PLACE
CHICAGO, IL 60673-1224

AUTUMN TRAILS HOMEOWNER'S ASSOCIATION
C/O CAMCO
2240 MERIDIAN BLVD.
MINDEN, NV 89423

BANK OF AMERICA
Acct No xxxxxxxxxxxx4847
BANKRUPTCY DEPARTMENT
P.O. BOX 982235
EL PASO, TX 79998-2235

BANK OF AMERICA
Acct No xxxxx2105
450 AMERICAN STREET
SIMI VALLEY, CA 93065

BANK OF AMERICA
Acct No xxxx-xxxx-xxxx-6221
BANKRUPTCY DEPARTMENT
P.O. BOX 982235
EL PASO, TX 79998-2235

BANK OF THE WEST
Acct No xxxxx5196
NC-B07-3B-J
P.O. BOX 5172
SAN RAMON, CA 94583-5172

BANK OF THE WEST
Acct No xxxxxx0067
P.O. BOX 515274
LOS ANGELES, CA 90051-6574

BANK OF THE WEST
P.O. BOX 2078
OMAHA, NE 68103-2078

BARON, SAR, GOODWIN, GILL & LOHR
750 PIERCE STREET
P.O. BOX 717
SIOUX CITY, IA 51102

BERKLEY RISK ADMINISTRATORS COMPANY
P.O. BOX 939
PIERRE, SD 57501-0939

BEST LIFE DENTAL INSURANCE
P.O. BOX 19721
IRVINE, CA 92623-9721

BEVERLY SALHANICK, ESQ.
2001 S. JONES, SUITE I
LAS VEGAS, NV 89146

BRISTOLITE SKYLIGHTS
Acct No xx3310
401 E. GOETZ AVENUE
SANTA ANA, CA 92707

BUILDERS INSURANCE COMPANY, INC.
C/O RISK SERVICES - NEVADA INC.
5430 W. SAHARA AVENUE
LAS VEGAS, NV 89146

CALIFORNIA RECOVERY BUREAU, INC.
Acct No xxxxxx3744
135 VALLECITOS DE ORO, SUITE G
SAN MARCOS, CA 92069

CAPITAL ONE BANK
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285

CASTAWAY TRASH HAULING, INC.
P.O. BOX 51930
SPARKS, NV 89435-1930

CHARTER COMMUNICATIONS
Acct No xxxx3364
P.O. BOX 78063
PHOENIX, AZ 85062-8063

CHASE BANK
Acct No xxxxxxxxxxxx9176
P.O. BOX 15298
WILMINGTON, DE 19850-5298

CITI
Acct No xxxxxxxxxxxx6531
P.O. BOX 6241
SIOUX FALLS, SD 57117

CITIBUSINESS CARD
Acct No xxxx-xxxx-xxxx-1485
P.O. BOX 44180
JACKSONVILLE, FL 32231-4180

CITY OF RENO
ACCOUNTS RECEIVABLE
P.O. BOX 1900
RENO, NV 89505

CITY OF SPARKS
C/O ATB SERVICES
2930 AUSTIN BLUFFS PKWY, SUITE 301
COLORADO SPRINGS, CO 80918

CMI ARCHITECTURAL PRODUCTS, INC.
2800 FREEWAY BLVD., SUITE 205
MINNEAPOLIS, MN 55430

COMDATA CORPORATION
Acct No xH969
P.O. BOX 100647
ATLANTA, GA 30384-0647

CONSECO MEDICAL INSURANCE COMPANY
304 NORTH MAIN STREET
ROCKFORD, IL 61101-1019

CREDIT COLLECTION SERVICES
Acct No xxxxxxx0818
TWO WELLS AVENUE
DEPT. 9135
NEWTON CENTER, MA 02459

CREDITWATCH
Acct No xxxxxxxxxxx0000
P.O. BOX 156269
FORT WORTH, TX 76155-1269

CWM WOOD WINDOWS
24 NORTH BRYN MAWR AVENUE
BRYN MAWR, PA 19010

DE LAGE LANDEN FINANCIAL SERVICES.
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601

DISCOVER CARD
Acct No xxxxxxxxxxxx7700
BANKRUPTCY DEPARTMENT
P.O. BOX 3025
NEW ALBANY, OH 43054-3025

DOWLING, AARON & KEELER, INC.
8080 NORTH PALM AVENUE, THIRD FLOOR
P.O. BOX 28902
FRESNO, CA 93729-8902

DRAKULICH INSURANCE
2215 N. MCCARRAN BLVD.
SPARKS, NV 89431

ENCOMPASS INSURANCE
P.O. BOX 650562
DALLAS, TX 75265-0562

ENHANCED RECOVERY CORP
Acct No xxxx3364
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256

```
ER SOLUTIONS, INC.
Acct No x-xxxx6756
800 SW 39TH STREET
P.O. BOX 9004
RENTON, WA 98057

FARMER'S INSURANCE GROUP
Acct No xxx5800
JOHN T. DRAKULICH LUTCF
2215 N. MCCARRAN BLVD.
SPARKS, NV 89431

FEDEX NATIONAL LTL
1750 INDUSTRIAL WAY
SPARKS, NV 89431

FINANCIAL PACIFIC
P.O. BOX 45376
SAN FRANCISCO, CA 94145

FIRST EQUITY CARD CORP.
1120 WELSH ROAD
NORTH WALES, PA 19454

FIRST NATIONAL BANK OF OMAHA
Acct No xxxx-xxxx-xxxx-9531
CARDMEMBER SERVICES
P.O. BOX 3331
OMAHA, NE 68103-0331

FIRST USA BANK, NA
3 CHRISTINA CENTRE
201 N. WALNUT STREET
WILMINGTON, DE 19801

FREDERICK J. HANNA & ASSOCIATES
Acct No xxxx0222
1427 ROSWELL ROAD
MARIETTA, GA 30062

G-U HARDWARE
Acct No xxx1957
12650 PATRICK HENRY DRIVE
NEWPORT NEWS, VA 23602

GANNETT CCC
177 BROAD STREET, 6TH FLOOR
STAMFORD, CT 06901

GARY M. FULLER, ESQ.
GUILD, RUSSELL, GALLAGHER & FULLER, LTD.
100 W. LIBERTY, SUITE 800
P.O. BOX 2838
RENO, NV 89505
```

GB COLLECTS, LLC
Acct No xx8679
145 BRADFORD DRIVE
WEST BERLIN, NJ 08091

GC SERVICES LIMITED PARTNERSHIP
Acct No xxxx-xxxxxx-x8000
6330 GULFTON
HOUSTON, TX 77081

GE MONEY BANK
BANKRUPTCY DEPARTMENT
P.O. BOX 103104
ROSWELL, GA 30076

GERKIN WINDOWS AND DOORS
P.O. BOX 3203
SIOUX CITY, IA 51102

GUGLIELMO & ASSOCIATES
P.O. BOX 41688
TUCSON, AZ 85717

HARTFORD FIRE INSURANCE COMPANY
P.O. BOX 2103
690 ASYLUM AVENUE
HARTFORD, CT 06115

HSBC RETAIL SERVICES
Acct No xxxxxxxxxxxx0856
SONY FINANCIAL SERVICES
P.O. BOX 15521
WILMINGTON, DE 19850-5521

JEFFREY M. QUINN, ATTORNEY AT LAW
1017 EDMONDS AVENUE
P.O. BOX 596
DREXEL HILL, PA 19026

JOMAX RECOVERY SERVICE
Acct No xx2604
20325 N 51ST AVENUE, SUITE 134
GLENDALE, AZ 85308

K2 ENGINEERING AND STRUCTURAL DESIGN
3100 MILL STREET, SUITE 107
RENO, NV 89502

KOHL'S
Acct No xxxxxxxx6252
C/O CHASE BANK
N56 W 17000 RIDGEWOOD DRIVE
MENOMONEE FALLS, WI 53051

```
KRUMP CONSTRUCTION
9855 DOUBLE R BLVD.
RENO, NV 89521

LAW OFFICE OF BRIAN D. SHAPIRO
Acct No xx0066
411 E. BONNEVILLE AVENUE, SUITE 300
LAS VEGAS, NV 89101

LIBERTY MUTUAL
P.O. BOX 530004
ATLANTA, GA 30353

LINCOLN WOOD PRODUCTS, INC.
P.O. BOX 375
MERRILL, WI 54452-0375

LOWE'S
CUSTOMER CARE
P.O. BOX 1111
NORTH WILKESBORO, NC 28656

MACARTHUR BUSINESS CREDIT, LP
16238 HWY 620, #F-351
AUSTIN, TX 78717

MACMURRAY PACIFIC
Acct No 299
568 SEVENTH STREET
SAN FRANCISCO, CA 94103

MACMURRY PACIFIC
568 SEVENTH STREET
SAN FRANCISCO, CA 94103

MCCARTHY, BURGESS & WOLFF
Acct No xxxx5915
THE MB&W BUILDING
26000 CANNON ROAD
BEDFORD, OH 44146

MERRILL MILLWORKS
1300 WEST TAYLOR STREET
MERRILL, WI 54452-2971

MIDLAND CREDIT MANAGEMENT, INC
Acct No xxxxxx7318
8875 AERO DRIVE, SUITE 200
P.O. BOX 939019
SAN DIEGO, CA 92193-9019

NATIONAL CITY BANK
P.O. BOX 856153
LOUISVILLE, KY 40285-6153
```

NATIONAL FIRE & MARIEN INSURANCE
Acct No xxxxxx7048
3024 HARNEY STREET
OMAHA, NE 68131

NAVISTAR FINANCIAL CORP.
P.O. BOX 96070
CHICAGO, IL 60693-6070

NCO FINANCIAL SYSTEMS, INC.
Acct No xxxx-xxxx-xxxx-1485
507 PRUDENTIAL ROAD
HORSHAM, PA 19044

NCS COLLECTION SERVICES GROUP
Acct No xxxxxx8-COL
729 MINER ROAD
CLEVELAND, OH 44143

NEVADA CONTRACTORS INSURANCE COMPANY
1210 S. VALLEY VIEW BLVD., #1
LAS VEGAS, NV 89102

NEVADA DEPARTMENT OF EMPLOYMENT
Acct No xxxx49.00
TRAINING AND REHABILITATION
EMPLOYMENT SECURITY DIVISION
500 E. THIRD STREET
CARSON CITY, NV 89713

NEVADA STATE CONTRACTORS BOARD
9670 GATEWAY DRIVE, SUITE 100
RENO, NV 89521

OFFICE DEPOT CREDIT PLAN
DEPT. 56-8404484214
P.O. BOX 689020
DES MOINES, IA 50368-9020

PACIFIC ALUMINIUM COMPANY
7533 BOSTIAN ROAD
WOODINVILLE, WA 98072-6007

PARAMOUNT WINDOWS, INC.
105 PANET ROAD
WINNIPEG

PATENAUDE & FELIX, A.P.C.
1771 EAST FLAMINGO ROAD, SUITE 112A
LAS VEGAS, NV 89119

PAUL AND MARYANN STEELMAN
C/O PALUMBO BERGSTROM, LLP
17901 VON KARMAN AVENUE, SUITE 500
IRVINE, CA 92614

PEMKO MFG. COMPANY
P.O. BOX 31001-1250
PASADENA, CA 91110-1250

PERSONAL TOUCH GLASS, INC.
1599 SW 30TH AVENUE, #10
BOYNTON BEACH, FL 33426

PITNEY BOWES, INC.
Acct No xxxxxx5-002
2225 AMERICAN DRIVE
NEENAH, WI 54956-1005

PLATTE RIVER INSURANCE COMPANY
Acct No xx2604
P.O. BOX 5900
MADISON, WI 53705

PLY GEM PACIFIC WINDOWS
P.O. BOX 60000
SAN FRANCISCO, CA 94160

PORTFOLIO RECOVERY ASSOCIATES, LLC
Acct No x x x-xxxxxxxxxx3927
120 CORPORATE BLVD.
NORFOLK, VA 23502

PREMIUM FINANCING SPECIALISTS, INC.
22653 NETWORK PLACE
CHICAGO, IL 60673-1226

QUAKER WINDOWS
504 HWY 63 SOUTH
P.O. BOX 12
FREEBURG, MO 65035-0128

RAMIN HOMANFAR, DDS
5240 KIETZKE LANE, SUITE 201
RENO, NV 89511

RAUSCH, STURM, ISREAL, ENERSON & HORNIK
Acct No xxx9987
8691 WEST SAHARA AVENUE, SUITE 210
LAS VEGAS, NV 89117

RED ROCK FINANCIAL SERVICES
7251 AMIGO STREET, SUITE 100
LAS VEGAS, NV 89119

RENO GAZETTE JOURNAL
P.O. BOX 22000
RENO, NV 89520-2000

RENOWN REGIONAL MEDICAL CENTER
BUSINESS OFFICE
P.O. BOX 30006
RENO, NV 89520-3006

RGS FINANCIAL
Acct No xxxxxx2935
P.O. BOX 852039
RICHARDSON, TX 75085-2039

SHARON SMITH
1516 DIAMOND COUNTRY DRIVE
RENO, NV 89521

SIERRA OFFICE SOLUTIONS
Acct No xx5504
4710 LONGLEY LANE
RENO, NV 89502

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO, CA 94267-0011

STATE OF CALIFORNIA
Acct No xx xx xxx-xx2442
BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-0001

STEPHEN FOSSLER COMPANY
Acct No xxx1757
439 SOUTH DARTMOOR DRIVE
CRYSTAL LAKE, IL 60014

SUMMERLIN LIFE & HEALTH INSURANCE CO.
P.O. BOX 52762
PHOENIX, AZ 85072-2762

SYNTER RESOURCE GROUP, LLC
Acct No xxxx1481
P.O. BOX 63247
NORTH CHARLESTON, SC 29419-3247

THE HOME DEPOT
HOME DEPOT CREDIT SERVICES
P.O. BOX 653020
DALLAS, TX 75265-3020

UPS SUPPLY CHAIN SOLUTIONS
Acct No xxxxxx8719
700 KEYSTONE INDUSTRIAL PARK
SCRANTON, PA 18512

```
US BANK
Acct No xxxxxxxxx3927
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

US BANK
Acct No xxxxxxxx7164
P.O. BOX 1800
SAINT PAUL, MN 55101-0800

VERIZON WIRELESS
Acct No xxxxxx7318
5175 EMERALD PKWY
DUBLIN, OH 43017

VITRO AMERICA DISTRIBUTION
Acct No xxxx2704
FILE 50542
LOS ANGELES, CA 90074-0542

W.L. GORE & ASSOCIATES
P.O. BOX 1488
ELKTON, MD 21922-1488

WASHOE COUNTY TREASURER
Acct No xxx4095
P.O. BOX 30039
RENO, NV 89520-3039

WELLS FARGO BANK, N.A.
Acct No xxxxx33-01
DEPT. 1529
DENVER, CO 80291-1529

WELLS FARGO INSURANCE SERVICES OF NEVADA
6900 S. MCCARRAN BLVD., #2050
RENO, NV 89509-6118

WELLS FRGO DLRSVC/WACHOVIA
Acct No xxxxxxxx3744
P.O. BOX 1697
WINTERVILLE, NC 28590

WESTERN STATES GLASS CORP.
Acct No xx9543
P.O. BOX 6058
FREMONT, CA 94538-0658

WFS FINANCIAL
P.O. BOX 25341
SANTA ANA, CA 92799-5341
```

```
YATES AND FELTS
17890 S. IDEAL PARKWAY
MANTECA, CA 95336
```